# 894    Cases Reported with Brief Syllabi.

Clint McClarty v. Eugene L. Giroux.— Motion granted, with ten dollars costs.

Maurice G. D. Bianchi v. Maurice Leon.— Motion granted, unless appellant complies with terms stated in order.

John Katona v. Gustav Schock.— Motion granted, with ten dollars costs.

Adolph Brunn v. George Kean.— Motion granted, with ten dollars costs.

Ephraim Benjamin v. Daniel J. Brownstein.— Application denied, with ten dollars costs. Order signed.

Henri Rogowski v. Max Brill. (2 cases.)—Applications granted. Orders signed.

Morris Dicker v. Abraham B. Roossin.— Application denied, with ten dollars costs. Order signed.

Bernard Wolowich v. National Surety Company.— Motion denied, with ten dollars costs.

In the Matter of Spuyten Duyvil Road.— Motion granted; questions certified.

Jesse Wasserman and Others v. Gustavus A. Pfizer.— Motion for stay granted. Order to be settled on notice.

In the Matter of Blackwell's Island Bridge.— Referee's report confirmed. Order to be settled on notice.

In the Matter of Blackwell's Island Bridge (In the Matter of Mead). — Referred to Hon. H. A. Gildersleeve, official referee. Order to be settled on notice.

In the Matter of Garrett Kirby.— Respondent disbarred. Order to be settled on notice.

In the Matter of Herman Fromme.— Referred to official referee. Order to be settled on notice.

In the Matter of Arthur B. La Far.— Referred to official referee. Order to be settled on notice.

In the Matter of Joseph E. Greenberg.— Application granted. Order to be settled on notice.

In the Matter of C. Von Oden Hughes.— Proceeding dismissed. Order to be settled on notice.

In the Matter of Frank A. K. Boland.— Application granted and petitioner reinstated. Order to be settled on notice.

John J. Moran, Respondent, Appellant, v. Standard Oil Company of New York, Appellant, Respondent.— Judgment and order affirmed, with costs to plaintiff. No opinion. (Clarke and Miller, JJ., dissented.)

Milton Rathbun Company, Appellant, v. Herman Reessing, Respondent.— Judgment and order affirmed, with costs. No opinion.

William B. Keller, Respondent, v. Charles D. Halsey and Others, Appellants.— Judgment and order affirmed, with costs. No opinion.

Walter Althause, Respondent, v. Giroux Consolidated Mines Company, Appellant. (3 cases.) — Determination and judgment affirmed, with costs and disbursements in each case. No opinion.

Walter Althause, Respondent, v. Guy E. Giroux, Appellant. (3 cases.)— Determination and judgment affirmed, with costs and disbursements in each case. No opinion.